IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00797-MSK-PAC

JOHNNY W. LUNSFORD,

    Plaintiff,

v.

WALLACE K. LARSON, MD,

    Defendant.

_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)**
_____

All parties to this action have consented **(#12)** to the exercise of jursidction by a United States Magistrate Judge for to all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), the Clerk of the Court shall randomly draw this case to a Magistrate Judge other than Magistrate Judge Coan. The case shall then be **REFERRED** to that Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

Dated this 5th day of October, 2005.

                                                    **BY THE COURT:**

                                                    _____
                                                    Marcia S. Krieger
                                                    United States District Judge