IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00797-MJW-PAC

JOHNNY W. LUNSFORD

    Plaintiff,

v.

WALLACE K. LARSON, M.D.

    Defendant

---

## ORDER RE:
### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT WALLACE K. LARSON M.D.
( Docket No. 23 )

---

THIS MATTER is before the Court upon the **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT WALLACE K. LARSON, M.D.** and the Court, being properly and fully advised,

HEREBY ORDERS, Plaintiff's claims against Defendant Wallace K. Larson, M.D., are hereby dismissed **with prejudice and without payment**, subject to the understandings and agreements recited in the Stipulation attached to this Order.

DATED: this 16TH day of November, 2005.

BY THE COURT:

_____
Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE